# Case Information

## PC-2016-4854 | Robert Carver,Linda Carver v. JPMorgan Chase Bank, N.A.,JPMorgan Chase Bank, N.A.

Case Number
PC-2016-4854

Court
Providence/Bristol County Superior Court

File Date
10/19/2016

Case Type
Injunctive Relief

Case Status
Closed

# Party

### Plaintiff
Carver, Robert

## Active Attorneys

Lead Attorney
ENNIS, JOHN B
Retained

Work Phone
4019439230

---

### Plaintiff
Carver, Linda

## Active Attorneys

Lead Attorney
ENNIS, JOHN B

Retained

Work Phone
4019439230

---

**Defendant**
JPMorgan Chase Bank, N.A.

Active Attorneys

Lead Attorney
CRONAN, JOHN J., III
Retained

Work Phone
2077913000

---

**Defendant**
JPMorgan Chase Bank, N.A.

Address
1111 Polaris Parkway
Columbus OH 43240

# Events and Hearings

| |
|---|
| 10/19/2016 Temporary Restraining Order<br>Judicial Officer<br>Licht, Associate Justice Richard<br>Hearing Time<br>02:00 PM |

| Result |
|---|
| Heard and Granted |

## ⌐ 10/19/2016 Complaint Filed

View Document Complaint.pdf

View Document 10-18-16 Motion For TRO.pdf

View Document CARVER SC AFFIDAVIT TRO.pdf

View Document CARVER SC EXHIBIT A MTG..pdf

View Document CARVER SC EXHIBIT B FORECLOSURE NOTICE .pdf

View Document CARVER SC EXHIBIT C ACCELERATION WARNING .pdf

## ⌐ 10/19/2016 Summons

View Document Summons

View Document Summons

## ⌐ 10/19/2016 Restraining Order Issued

View Document Restraining Order Issued

Judicial Officer
Licht, Associate Justice Richard

## ⌐ 10/19/2016 Summons

## ⌐ 10/24/2016 Entry of Appearance

View Document Entry of Appearance - Civil (Carver).pdf

## ⌐ 10/26/2016 Objection to Motion

View Document Carver__Final PI Opp.pdf

View Document Carver - Exhibit A.pdf

### 10/31/2016 Preliminary Injunction

Judicial Officer
Licht, Associate Justice Richard

Hearing Time
9:30 AM

Result
Passed

### 10/31/2016 Order Entered

View Document 10-19-16 Proposed Order.pdf

Judicial Officer
Licht, Associate Justice Richard

### 11/22/2016 Answer Filed

View Document Carver__Answer.pdf

### 12/06/2016 Memorandum in Support of Motion to Dismiss

View Document Carver__MTD (Memo).pdf

View Document Carver-MTD EX A.pdf

### 12/06/2016 Motion to Dismiss

View Document Carver__MTD (Motion).pdf

| | 12/06/2016 Omnibus Form |
| --- | --- |
| | View Document  Omnibus Calendar Assignment Form - Carver.pdf |
| | 12/12/2016 Amended Answer to Complaint Filed |
| | View Document  Carver-Amended Answer.pdf |
| | 12/12/2016 Motion to Withdraw Motion |
| | View Document  Carver__w-d.pdf |
| | 12/12/2016 Motion to Dismiss |
| | View Document  Carver__MTD Motion NEW.pdf |
| | 12/12/2016 Memorandum in Support of Motion to Dismiss |
| | View Document  Carver__MTD Memo NEW.pdf  View Document  Carver-MTD EX A.pdf |
| | 02/24/2017 Stipulation Filed |
| | View Document  Dismissal Stipulation 2-24-17.pdf |
| | 02/24/2017 Closed Unassigned |
| | |
| | 03/01/2017 Hearing on Motion to Dismiss  Judicial Officer  Keough, Associate Justice Maureen B. |

Hearing Time
9:30 AM

Cancel Reason
Case Dismissed

